GEORGE S. ABELL, Appellant, v. HENRY HUNTER et al., Composing the Board of Trustees of the Village of Cornwall, Appellants.

JOHN E. PRESTON et al., Respondents.

*Judgment — practice — judgment amended so as to limit it to questions decided.*

*Abell* v. *Hunter*, 211 App. Div. 467, affirmed.

(Argued June 10, 1925; decided July 15, 1925.)

APPEAL from a judgment, entered February 9, 1925, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of Special Term denying a motion to amend a final judgment so as to limit it to a determination only of questions decided by the Court of Appeals (237 N. Y. 85) and granted said motion. Plaintiff instituted a certiorari in proceedings to review certain proceedings annexing territory to the village of Cornwall and to annul an election held in the enlarged village. Prior to the action the Legislature had enacted a statute purporting to validate the proceedings and this action was brought to test the validity of the act resulting in a decision by the Court of Appeals that the act was unconstitutional. Thereafter, the board of trustees of the village by resolution withdrew opposition to the certiorari proceeding and consented to entry of judgment in this action. At that meeting these appellants, who had been elected trustees of the enlarged village, were present and voted in opposition to the resolution. Thereafter a second judgment was entered by default in this action which adjudged that the determination of the board of trustees of the village of Cornwall in favor of the validity of the annexation petition and the election held and all steps taken in relation thereto, were null, void and illegal.

*Henry Hirschberg* for appellants.

*Henry Hunter* and *Henry Kohl* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.